## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,  :
:
v.  :
:  Case No.: 7:20-CR-00051 (WLS-TQL)
:
JATARYIA THOMAS and  :
JACQUELINE BOSBY,  :
:
    Defendants.  :
_____:

## ORDER

On April 12, 2022, the Court entered an Order continuing this above-styled action against Defendants Jataryia Thomas and Jacqueline Bosby after the Government and Defendants agreed that they planned to resolve this case through pretrial diversion. (Doc. 57.) The Court granted the continuance "until a determination on the applicability of pretrial diversion is made and noticed on the record." (*Id.*) To date, no notice of the applicability or indication of pretrial diversion has been filed by either of the Parties.

The Court is currently scheduling cases for the August 2022 Valdosta Division Trial Term, which begins on August 8, 2022. Therefore, the Court hereby **ORDERS** that the Parties provide a written status report on the record to update the Court on the status of any determinations for pretrial resolution or other forms of case resolution, including whether the Parties wish to pursue trial. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Friday, June 17, 2022** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If a motion to continue is not filed by the same date, a pretrial conference may be set.

**SO ORDERED**, this 10th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**