# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:20-CR-00051 (WLS-TQL) |
| : | |
| JATARYIA THOMAS and : | |
| JACQUELINE BOSBY, : | |
| : | |
| Defendants. : | |

## ORDER

On August 15, 2022, the Government filed two Stipulations of Consent Judgments with attached Proposed Orders. (Docs. 61 & 62.) While the Court has no issue with the substance of the Stipulation of Consent Judgments and Proposed Orders, the Court notes that there are several clerical errors that preclude this Court from accepting them as written. Specifically, Counsel fails to correctly identify the Defendants in the text of the Consent Judgments and proposed orders. (Docs. 61 & 62.)

In order to bring this matter to a close, the Government is hereby **ORDERED** to refile the Stipulations of Consent Judgments (Docs. 61 & 62) correcting the above identified mistakes. The Parties are ordered to submit a corrected version **within fourteen (14) days of the entry of this Order**.

**SO ORDERED**, this 22nd day of August 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**