## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CR-00051 (WLS) |
| | : | |
| JATARYIA THOMAS and JACQUELINE BOSBY | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

The stipulations of the parties as to restitution having been read and considered, it is **HEREBY ORDERED** that judgment in favor of the United States in the principal sum of $32,609.00, to be paid as restitution, be entered against Defendants, Jataryia Thomas and Jacqueline Bosby, jointly and severally. The restitution will be distributed to the victim of the offense, the Internal Revenue Service, by the Clerk of this Court. Although payments will be permitted to be made by Defendants during and after the period of supervision under pre-trial division agreements, the full amount of the judgment will be due immediately and present and future assets of Defendants are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of the restitution owed.

**SO ORDERED**, this 29th day of August 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**