IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 7:20-CR-51 (WLS) |
| v. | |
| JATARYIA THOMAS, | |
| Defendant | |

## ORDER

Upon the motion of the government, and for the reasons stated in the government's motion, this case and pending indictment as to JATARYIA THOMAS are hereby DISMISSED with prejudice.

SO ORDERED this 7th day of November, 2022.

W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511
Robert.mccullers@usdoj.gov